1  J. Russell Stedman (State Bar No. 117130)
   Peter J. Felsenfeld (State Bar No. 260433)
2  HINSHAW & CULBERTSON LLP
   One California Street 18th Floor
3  San Francisco, CA 94111-5419
   Phone: (415)352-6000
4  Fax: (415)834-9070
5  pfelsenfeld@mail.hinshawlaw.com
   rstedman@mail.hinshawlaw.com
6
7  *Attorneys for Defendant*

8  Eric L. Buchanan (admitted *Pro Hac Vice*)
   Hudson T. Ellis (admitted *Pro Hac Vice*)
9  ERIC BUCHANAN & ASSOCIATES, PLLC
   414 McCallie Avenue
10 Chattanooga, TN 37402
11 Phone: (423) 634-2506
   Fax: (423) 634-2505
12 ebuchanan@buchanandisability.com
   ellish@buchanandisability.com
13
14 Brian H. Kim  (State Bar No. 215492)
   James P. Keenley (State Bar No. 253106)
15 BOLT KEENLEY KIM LLP
   1010 Grayson Street, Suite Three
16 Berkeley, California 94710
17 Phone: (510) 225-0696

18 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDALL D. BOOTH, | Case No.: 3:14-cv-3852 EMC |
| Plaintiff, | **STIPULATION ALLOWING AMENDED COMPLAINT AND [PROPOSED] ORDER** |
| v. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendant. | |

Case No.: 3:14-cv-3852 EMC               1               STIPULATION ALLOWING AMENDED COMPLAINT AND [PROPOSED] ORDER

**STIPULATION ALLOWING AMENDED COMPLAINT AND [PROPOSED] ORDER**

Come the Parties and declare that, pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Defendant has agreed to allow Plaintiff to file an Amended Complaint at this time. Further, Plaintiff has agreed, pursuant to Local Rule 6-1(a-b), to allow Defendant twenty (20) days from the electronic service of this amended pleading to file its responsive pleading.

Respectfully submitted this 28th day of October, 2014.

| For Plaintiff: | For Defendant: |
|---|---|
| /s/ Hudson T. Ellis | /s/ J. Russell Stedman |
| Eric L. Buchanan (BPR #018568) | J. Russell Stedman (State Bar No. 117130) |
| Hudson T. Ellis (BPR #28330) | Peter J. Felsenfeld (State Bar No. 260433) |
| Attorneys for Plaintiff | Hinshaw & Culbertson LLP |
| 414 McCallie Avenue | One California Street 18th Floor |
| Chattanooga, TN 37402 | San Francisco, CA 94111-5419 |
| Telephone: (423) 634-2506 | Phone: (415)743-3705 |
| Facsimile: (423) 634-2505 | Fax: (415)434-2533 |
| ebuchanan@buchanandisability.com | pfelsenfeld@mail.hinshawlaw.com |
| ellish@buchanandisability.com | rstedman@mail.hinshawlaw.com |

Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095
bkim@bkkllp.com

PURSUANT TO STIPULATION, IT IS SO ORDERED:

IT IS SO ORDERED
Judge Edward M. Chen

_____   10/28/14
Judge Edward M. Chen            Dated

Case No. 3:14-cv-03852-EMC        2        STIPULATION ALLOWING AMENDED COMPLAINT AND [PROPOSED] ORDER