1  J. RUSSELL STEDMAN (SBN 117130)
   PETER J. FELSENFELD (SBN 260433)
2  HINSHAW & CULBERTSON LLP
   One California Street, 18th Floor
3  San Francisco, CA 94111
   Telephone:    415-362-6000
4  Facsimile:    415-834-9070

5  Attorneys for Defendant
   SUN LIFE ASSURANCE COMPANY OF CANADA
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11 RANDALL D. BOOTH,                    ) Case No. 3:14-CV-3852
                                        )
12         Plaintiff,                   ) **STIPULATION EXTENDING**
                                        ) **DEFENDANT SUN LIFE ASSURANCE**
13     vs.                              ) **COMPANY OF CANADA'S DEADLINE**
                                        ) **TO RESPOND TO PLAINTIFF'S**
14 SUN LIFE ASSURANCE COMPANY OF        ) **AMENDED COMPLAINT**
   CANADA,                              )
15                                      ) Complaint Filed: August 25, 2014
           Defendant.                   )
16                                      )

17
        Plaintiff Randall D. Booth ("Plaintiff") and Defendant Sun Life Assurance Company of
18
   Canada ("Sun Life") (collectively "the Parties"), through their counsel of record stipulate as follows.
19
                                          RECITALS
20
        1.   Plaintiff filed the Complaint initiating this action on August 25, 2014.
21
        2.   Plaintiff filed an Amended Complaint on October 29, 2014.  Sun Life was served
22
   with the Amended Complaint on the same day through the Court's electronic notification system.
23
        3.   Pursuant to the Federal Rules of Civil Procedure, Sun Life's deadline to respond to
24
   the Amended Complaint is November 18, 2014.
25
        4.   Sun Life has asked for additional time to respond to the Amended Complaint.
26
   Plaintiff is agreeable to the extension.
27
        5.   This is the Parties' first request for an extension of the foregoing deadline.  The
28

extension will not affect any other scheduled deadlines.  The Parties do not anticipate the need for a further extension.

STIPULATION

The Parties hereby stipulate that Sun Life's deadline to respond to Plaintiff's Amended Complaint is extended from November 18, 2014 to December 2, 2014.

Dated:  November 17, 2104          HINSHAW & CULBERTSON LLP

                                   By:  /s/ J. Russell Stedman
                                        J. RUSSELL STEDMAN
                                        PETER J. FELSENFELD
                                        Attorneys for Defendant
                                        SUN LIFE ASSURANCE
                                        COMPANY OF CANADA

Dated:  November 17, 2014          ERIC BUCHANAN & ASSOCIATES, PLLC

                                   By:  /s/  Eric L. Buchanan
                                        ERIC L. BUCHANAN
                                        HUDSON T. ELLIS
                                        Attorneys for Plaintiff
                                        RANDALL D. BOOTH

**GRANTED**
11/17/2014
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA