J. Russell Stedman (State Bar No. 117130)
Peter J. Felsenfeld (State Bar No. 260433)
Hinshaw & Culbertson LLP
One California Street 18th Floor
San Francisco, CA 94111-5419
Phone: (415)743-3705
Fax: (415)434-2533

*Attorneys for Defendant*

Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT  KEENLEY  KIM  LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

Eric L. Buchanan (admitted *Pro Hac Vice*)
Hudson T. Ellis (admitted *Pro Hac Vice*)
ERIC BUCHANAN & ASSOCIATES, PLLC
414 McCallie Avenue
Chattanooga, TN 37402
Phone: (423) 634-2506
Fax: (423) 634-2505

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDALL D. BOOTH, | Case No.: 3:14-cv-3852 EMC |
| Plaintiff, | **STIPULATION ALLOWING TELEPHONIC APPEARANCE BY PLAINTIFF'S COUNSEL AT CASE MANAGEMENT CONFERENCE AND [PR~~OP~~OSED] ORDER** |
| v. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendant. | |

Case No.: 3:14-cv-3852 EMC

1

STIPULATION ALLOWING TELEPHONIC APPEARANCE BY PLAINTIFF'S COUNSEL AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

## STIPULATION

Come the Parties and declare that, pursuant to Civil Local Rule 7-12 and this Court's Standing Order, the parties have stipulated to allow Plaintiff's counsel, Hudson T. Ellis and Eric L. Buchanan to appear telephonically for the Case Management Conference scheduled for December 18, 2014 at 9:30 a.m. before the Court.  Good cause exists for Mr. Ellis and Mr. Buchanan to appear telephonically, as they are based in Chattanooga, Tennessee and Mr. Ellis has participated in the meet and confer process with Defendant's counsel.  Plaintiff's co-counsel Brian H. Kim will attend the Case Management Conference in person.

Respectfully submitted this 1st day of December, 2014.

| For Plaintiff: | For Defendant: |
|---|---|
| */s/ Hudson T. Ellis* | */s/J. Russell Stedman* |
| Eric L. Buchanan (BPR #018568) | J. Russell Stedman (State Bar No. 117130) |
| Hudson T. Ellis (BPR #28330) | Peter J. Felsenfeld (State Bar No. 260433) |
| Attorneys for Plaintiff | Hinshaw & Culbertson LLP |
| 414 McCallie Avenue | One California Street 18th Floor |
| Chattanooga, TN 37402 | San Francisco, CA 94111-5419 |
| Telephone: (423) 634-2506 | Phone: (415)743-3705 |
| Facsimile: (423) 634-2505 | Fax: (415)434-2533 |
| ebuchanan@buchanandisability.com | pfelsenfeld@mail.hinshawlaw.com |
| ellish@buchanandisability.com | rstedman@mail.hinshawlaw.com |

Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095
bkim@bkkllp.com

Case No.: 3:14-cv-3852 EMC

2

STIPULATION ALLOWING TELEPHONIC APPEARANCE BY PLAINTIFF'S COUNSEL AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Pursuant to stipulation, and good cause appearing therefore, IT IS SO ORDERED that Plaintiff's counsel Hudson T. Ellis and Eric L. Buchanan shall be permitted to appear telephonically for the December 18, 2014 Case Management Conference in this matter. Mr. Ellis and Mr. Buchanan shall contact the following provider to arrange for teleconferencing for the Case Management Conference: _____

IT IS SO ORDERED.

12/2/14
_____
Dated:

Hon. _____
United States District Court Judge

**DENIED**
Judge Edward M. Chen

Case No.: 3:14-cv-3852 EMC                     3                     STIPULATION ALLOWING TELEPHONIC APPEARANCE BY PLAINTIFF'S COUNSEL AT CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER