J. Russell Stedman (State Bar No. 117130)
Peter J. Felsenfeld (State Bar No. 260433)
Hinshaw & Culbertson LLP
One California Street 18th Floor
San Francisco, CA 94111-5419
Phone: (415)743-3705
Fax: (415)434-2533

*Attorneys for Defendant*

Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

Eric L. Buchanan (admitted *Pro Hac Vice*)
Hudson T. Ellis (admitted *Pro Hac Vice*)
ERIC BUCHANAN & ASSOCIATES, PLLC
414 McCallie Avenue
Chattanooga, TN 37402
Phone: (423) 634-2506
Fax: (423) 634-2505

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDALL D. BOOTH, | Case No.: 3:14-cv-3852 EMC |
| Plaintiff, | **STIPULATION ALLOWING RESCHEDULING OF CASE MANAGEMENT CONFERENCE AND WITHDRAWING PRIOR STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | |
| Defendant. | |

**STIPULATION**

Come the Parties and declare that, pursuant to Civil Local Rule 7-12 and this Court's Standing Order, the parties have stipulated to reschedule the Joint Case Management Conference to January 29, 2015 and to withdraw the Parties' previous Stipulation, filed December 1, 2014, regarding Plaintiff's attorneys appearing telephonically at that Conference. (Document 29).  Eric Buchanan or Hudson Ellis, Plaintiff's counsel, will personally appear at the rescheduled Conference.  The deadline for filing the Parties' Joint Case Management Statement shall be one week before the rescheduled Case Management Conference.

Good cause exists for the Conference's rescheduling because Plaintiff's counsel are based in Chattanooga, Tennessee, the Conference is scheduled in close proximity to the Christmas holidays, and Plaintiff's counsel were unaware of the Court's requirement that lead counsel would not be permitted to move for permission to appear telephonically at the first Case Management Conference.

Respectfully submitted this 2nd day of December, 2014.

| | |
|---|---|
| For Plaintiff: | For Defendant: |
| */s/ Hudson T. Ellis* | */s/J. Russell Stedman* |
| Eric L. Buchanan (BPR #018568) | J. Russell Stedman (State Bar No. 117130) |
| Hudson T. Ellis (BPR #28330) | Peter J. Felsenfeld (State Bar No. 260433) |
| Attorneys for Plaintiff | Hinshaw & Culbertson LLP |
| 414 McCallie Avenue | One California Street 18th Floor |
| Chattanooga, TN 37402 | San Francisco, CA 94111-5419 |
| Telephone: (423) 634-2506 | Phone: (415)743-3705 |
| Facsimile: (423) 634-2505 | Fax: (415)434-2533 |
| ebuchanan@buchanandisability.com | pfelsenfeld@mail.hinshawlaw.com |
| ellish@buchanandisability.com | rstedman@mail.hinshawlaw.com |

Brian H. Kim  (State Bar No. 215492)
James P. Keenley (State Bar No. 253106)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095
bkim@bkkllp.com

# [PROPOSED] ORDER

Pursuant to stipulation, and good cause appearing therefore, IT IS SO ORDERED that the Case Management Conference is rescheduled to January 29, 2015 and the Parties' previous Stipulation (Document 29) is withdrawn. The deadline for filing the Parties' Joint Case Management Statement shall be one week before the date of the rescheduled Case Management Conference.

IT IS SO ORDERED.

12/2/14
Dated:

*IT IS SO ORDERED*
*Judge Edward M. Chen*

Case No.: 3:14-cv-3852 EMC

STIPULATION ALLOWING RESCHEDULING OF CASE MANAGEMENT CONFERENCE AND WITHDRAWING PRIOR STIPULATION AND [PROPOSED] ORDER