J. RUSSELL STEDMAN (SBN 117130)
PETER J. FELSENFELD (SBN 260433)
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone:    415-362-6000
Facsimile:    415-834-9070

Attorneys for Defendant SUN LIFE ASSURANCE COMPANY OF CANADA

BRIAN H. KIM (SBN 215492)
BOLT KEENLEY KIM LLP
101 Gray Street, Suite Three
Berkeley, California  94710
Telephone: 510-225-0696
Facsimile: 510-225-1095

ERIC L. BUCHANAN (ADMITTED PRO HAC VICE)
HUDSON T. ELLIS (ADMITTED PRO HAC VICE)
ERIC BUCHANAN & ASSOCIATES, PLLC
414 McCallie Avenue
Chattanooga, TN  37402
Telephone:  (423) 634-2506
Facsimile:  (423) 634-2505

Attorneys for Plaintiff RANDALL D. BOOTH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL D. BOOTH, | Case No. 3:14-cv-3852 EMC |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(A)(1)(A)(II)** |
| vs. | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | Complaint Filed:  October 29, 2014 |
| Defendant. | |

STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their designated counsel, that the above-captioned action is voluntarily dismissed with prejudice pursuant

1

STIPULATION FOR DISMISSAL
Case No. 3:14-cv-3852 EMC

to Federal Rule of Civil Procedure 41(a) (1)(A)(ii), each side to bear its own attorney's fees and costs.

Dated:  April 2, 2015                                  HINSHAW & CULBERTSON LLP

                                                    By:  /s/ J. Russell Stedman
                                                         J. RUSSELL STEDMAN
                                                         Attorneys for Defendant SUN LIFE
                                                         ASSURANCE COMPANY OF CANADA


Dated:  April 2, 2015                                  ERIC BUCHANAN & ASSOCIATES, PLLC

                                                    By:  /s/ Eric L. Buchanan
                                                         ERIC L. BUCHANAN (admitted *pro hac vice*)
                                                         HUDSON T. ELLIS (admitted *pro hac vice*)
                                                         Attorneys for Plaintiff RANDALL D. BOOTH

Dated:  April 2, 2015                                  BOLT KEENLEY KIM LLP

                                                    By:  /s/ Brian H. Kim
                                                         BRIAN H.KIM
                                                         Attorneys for Plaintiff RANDALL D. BOOTH

IT IS SO ORDERED.

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

2

STIPULATION FOR DISMISSAL
Case No. 3:14-cv-3852 EMC